RIEFFEL & AL.
*vs*
BOISSIERE.

*RIEFFEL & AL.* vs. *BOISSIERE.*

APPEAL from the court of probates, of the parish and city of New-Orleans.

An appeal does not lie from an order homologating an inventory.

PORTER, J., delivered the opinion of the court. This appeal is taken from an order of the judge, homologating the inventory made by the executor. We think it is taken too soon, for relief can be given after final judgment.

It is therefore ordered, adjudged and decreed, that the appeal be dismissed, with costs.

*Seghers* for the plaintiffs, *Morphy* for the defendant.